# U.S. District Court

## North Carolina Eastern - Raleigh

THIS IS A COPY

Receipt Date: Feb 22, 2024 2:50PM

ANDREW BLUTH
591 CAMINO DE LA REINA #1025
STE. 1025
SAN DIEGO, CA 92108

Rcpt. No: 500008870      Trans. Date: Feb 22, 2024 2:50PM      Cashier ID: #MB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DNCE523OT000999 /001 ATTORNEY ADMISSIONS | 1 | 100.00 | 100.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $100.00 |
| | | Total Due Prior to Payment: | $100.00 |
| | | Total Tendered: | $100.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

Comments: ANDREW BLUTH, CASES(S): 7:24-CV-110-BO; VISA-07200G

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.